United States District Court
for the
Southern District of Florida

| Georgia Givens, Plaintiff, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Civil Action No. 20-20846-Civ-Scola |
| | ) | |
| Carnival Corporation, Defendant. | ) | |

### Order Requiring a Second Status Report

The Defendant Carnival Corporation filed a status report as required by this Court's order denying Carnival's motion to stay the case. However, this status report (ECF No. 13) does not sufficiently heed the Court's previous order.

The Court's previous order explained that "quite a bit of discovery" can continue and requested that the parties meet and confer to propose a joint scheduling order that allows for the aspects of litigation that can continue to continue. Here, the parties have instead re-argued their motion for a complete stay of the case, and they assert that, because the Plaintiff cannot fly to South Florida from Alabama for her Rule 35 medical examination, no discovery can go forward. (ECF No. 13 at ¶ 9.) The Court finds this assertion to be disingenuous. The Court has seen a number of personal injury cases that involve cruise ships, and in the Court's experience, all sorts of discovery need to be exchanged that have nothing to do with a plaintiff's injuries such as discovery on prior similar incidents, on various cruise ship policies and procedures, as well as video camera and testimonial evidence describing the incident.

Therefore, the Court requires the parties to again **meet and confer** and file, on or before **April 17, 2020** a second **joint status report and proposed scheduling order** which (1) allows for those aspects of litigation that can continue to continue and (2) proposes a realistic scheduling order, assuming unencumbered travel and in-person meetings will not be possible for quite some time, specifically tailored to this case.

**Done and ordered** at Miami, Florida, on April 10, 2020.

_____
Robert N. Scola, Jr.
United States District Judge